UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID CHARLES SUSSMAN,

    Plaintiff,

v.                                       Case No:   2:15-mc-11-FtM-29CM

TREVOR HAMPTON and M. BOAN,

    Defendants.

## ORDER

Before the Court is Plaintiff's Motion to Quash Subpoena (Doc. 1), filed on July 24, 2015. Plaintiff requests that the Court quash a subpoena for his mental health records. Doc. 1. Plaintiff filed an identical motion in the Southern District of Florida where the underlying civil rights case is pending. *Sussman v. Hampton*, Case No. 1:13-cv-22818-KMW, Doc. 83 (S.D. Fla. filed July 28, 2015). United States Magistrate Judge Patrick A. White denied Plaintiff's Motion to Quash. *Id.* at Doc. 87. Therefore, the motion to quash pending before this Court is moot.

- 2 -

ACCORDINGLY, it is hereby

**ORDERED:**

Plaintiff's Motion to Quash Subpoena (Doc. 1) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 3rd day of August, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Hon. Kathleen M. Williams
Hon. Patrick A. White
Counsel of Record